IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XEROX CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. _____ |
| GOOGLE INC., YAHOO! INC., YOUTUBE, INC. and YOUTUBE, LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

### PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Xerox Corporation hereby certifies that it has no parent corporation and that no publicly held corporation owns 10 percent or more of its stock.

ASHBY & GEDDES

/s/ *John G. Day*
Lawrence C. Ashby (I.D. #468)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
lashby@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Of Counsel*:

*Attorneys for Plaintiff*

Richard J. Stark
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Dated: February 19, 2010

{00382416;v1}