# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XEROX CORPORATION, )<br>)<br>Plaintiff, )<br>) C.A. No. 10-136-UNA<br>v. )<br>)<br>GOOGLE INC., YAHOO! INC., YOUTUBE, )<br>INC. and YOUTUBE, LLC, )<br>)<br>Defendants. ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as Delaware counsel on behalf of defendants Google Inc., YouTube, Inc. and YouTube, LLC.

POTTER ANDERSON & CORROON LLP

By: */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: February 25, 2010
954943 / 35374

*Attorneys for Defendants Google Inc., YouTube, Inc. and YouTube, LLC*