Xerox Corporation v. Google Inc. et al                                                                    Doc. 12

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XEROX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 10-136-UNA |
| v. | ) | |
| | ) | |
| GOOGLE INC., YAHOO! INC., YOUTUBE, | ) | |
| INC. and YOUTUBE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for plaintiff

Xerox Corporation and defendants Google Inc., YouTube, Inc. and YouTube, LLC

("Defendants"), subject to the approval of the Court, that Defendants' time to move, answer, or

otherwise respond to the Complaint in this action shall be extended to April 15, 2010.

ASHBY & GEDDES                                    POTTER ANDERSON & CORROON LLP


By:  /s/ John G. Day                              By:  /s/ David E. Moore
    Lawrence C. Ashby (#468)                     Richard L. Horwitz (#2246)
    John G. Day (#2403)                          David E. Moore (#3983)
    Lauren E. Maguire (#4261)                    Hercules Plaza, 6th Floor
    500 Delaware Avenue, 8th Floor               1313 N. Market Street
    Wilmington, DE  19899                        Wilmington, DE  19899
    Tel:  (302) 654-1888                         Tel:  (302) 984-6000
    lashby@ashby-geddes.com                      rhorwitz@potteranderson.com
    jday@ashby-geddes.com                        dmoore@potteranderson.com
    lmaguire@ashby-geddes.com

*Attorneys for Plaintiff Xerox Corporation*          *Attorneys for Defendants Google Inc.,*
                                          *YouTube, Inc. and YouTube, LLC*


SO ORDERED this _____ day of _____, 2010.


_____
                                  U.S.D.J