IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XEROX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-136 (JJF) |
| | ) |
| GOOGLE INC., YAHOO! INC., | ) |
| YOUTUBE, INC. and YOUTUBE, LLC, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for plaintiff Xerox Corporation and defendant Yahoo! Inc., subject to the approval of the Court, that Yahoo! Inc.'s time to move, answer, or otherwise respond to the Complaint is extended until April 15, 2010.

ASHBY & GEDDES                                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *John G. Day*                                /s/ *Jack B. Blumenfeld*

---

Lawrence C. Ashby (#468)                         Jack B. Blumenfeld (#1014)
John G. Day, Esquire (#2403)                     1201 North Market Street
Lauren E. Maguire (#4261)                        P.O. Box 1347
500 Delaware Avenue – 8th Floor                  Wilmington, DE 19899
P.O. Box 1150                                    (302) 658-9200
Wilmington, DE 19899                             jblumenfeld@mnat.com
(302) 654-1888
lashby@ashby-geddes.com                          *Attorneys for Yahoo! Inc.*
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff Xerox Corporation*

SO ORDERED this _____ day of March 2010.

---
J.

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Lawrence C. Ashby, Esquire
> John G. Day, Esquire
> Lauren E. Maguire, Esquire
> ASHBY & GEDDES
>
> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP

I further certify that I caused copies of the foregoing document to be served on March 3, 2010, upon the following in the manner indicated:

| | |
|---|---|
| Lawrence C. Ashby, Esquire<br>John G. Day, Esquire<br>Lauren E. Maguire, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Richard J. Stark, Esquire<br>Andrei Harasymiak, Esquire<br>Peter A. Emmi, Esquire<br>Scott A. Leslie, Esquire<br>Allison M. Snyder, Esquire<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019 | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*
_____