# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XEROX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 10-136-JJF |
| v. | ) |
| | ) |
| GOOGLE INC., YAHOO! INC., YOUTUBE, | ) |
| INC. and YOUTUBE, LLC, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of David A. Perlson and Charles K. Verhoeven of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 50 California Street, 22nd Floor, San Francisco, CA 94111 to represent Defendants Google Inc., YouTube, Inc. and YouTube, LLC in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
　　Richard L. Horwitz (#2246)
　　David E. Moore (#3983)
　　Hercules Plaza 6th Floor
　　1313 N. Market Street
　　Wilmington, DE 19899
　　Tel: (302) 984-6000
　　rhorwitz@potteranderson.com
　　dmoore@potteranderson.com

Dated: March 10, 2010
955883 / 35374

*Attorneys for Defendants Google Inc.,*
*YouTube, Inc. and YouTube, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                          _____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois and California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: March 9, 2010        Signed: */s/ David A. Perlson*
                                    David A. Perlson
                                    Quinn Emanuel Urquhart Oliver & Hedges, LLP
                                    50 California Street, 22nd Floor
                                    San Francisco, CA 94111
                                    Tel: (415) 875-6600
                                    davidperlson@quinnemanuel.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: March 9, 2010      Signed: /s/ Charles K. Verhoeven
                                  Charles K. Verhoeven
                                  Quinn Emanuel Urquhart Oliver & Hedges, LLP
                                  50 California Street, 22nd Floor
                                  San Francisco, CA 94111
                                  Tel: (415) 875-6600
                                  charlesverhoeven@quinnemanuel.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 10, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on March 10, 2010, the attached document was electronically mailed to the following person(s)

Lawrence C. Ashby
John G. Day
Lauren E. Maguire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
lashby@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
*Attorneys for Plaintiff Xerox Corporation*

Richard J. Stark
Andrei Harasymiak
Peter A. Emmi
Scott A. Leslie
Allison M. Snyder
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
rstark@cravath.com
aharasymiak@cravath.com
pemmi@cravath.com
sleslie@cravath.com
asnyder@cravath.com
*Attorneys for Plaintiff Xerox Corporation*

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
*Attorneys for Defendant Yahoo! Inc.*

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

956645 / 35374