IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XEROX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-136 (JJF) (MPT) |
| | ) |
| GOOGLE INC., YAHOO! INC., | ) |
| YOUTUBE, INC. and YOUTUBE, LLC, | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Anthony I. Fenwick of DAVID POLK & WARDWELL LLP, 1600 El Camino Real, Menlo Park, CA 94025 to represent defendant Yahoo! Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Yahoo! Inc.*

March 12, 2010

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Anthony I. Fenwick is granted.

Dated: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: March 11, 2010

Anthony I. Fenwick
DAVID POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Lawrence C. Ashby, Esquire
>John G. Day, Esquire
>Lauren E. Maguire, Esquire
>ASHBY & GEDDES
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP

I further certify that I caused copies of the foregoing document to be served on March 12, 2010, upon the following in the manner indicated:

| | |
|---|---|
| Lawrence C. Ashby, Esquire<br>John G. Day, Esquire<br>Lauren E. Maguire, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Richard J. Stark, Esquire<br>Andrei Harasymiak, Esquire<br>Peter A. Emmi, Esquire<br>Scott A. Leslie, Esquire<br>Allison M. Snyder, Esquire<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019 | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |

David A. Perlson, Esquire
Charles K. Verhoeven, Esquire
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
50 California Street
22nd Floor
San Francisco, CA 94111

*VIA ELECTRONIC MAIL*

_____
Maryellen Noreika (#3208)