# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XEROX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-136 (JJF) (MPT) |
| | ) |
| GOOGLE INC., YAHOO! INC., | ) |
| YOUTUBE, INC. and YOUTUBE, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Matthew B. Lehr and Anthony I. Fenwick of Davis Polk & Wardwell LLP as counsel for defendant Yahoo! Inc. in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Yahoo! Inc.*

OF COUNSEL:

Matthew B. Lehr
Anthony I Fenwick
DAVID POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000

March 12, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Lawrence C. Ashby, Esquire
> John G. Day, Esquire
> Lauren E. Maguire, Esquire
> ASHBY & GEDDES
>
> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP

I further certify that I caused copies of the foregoing document to be served on March 12, 2010, upon the following in the manner indicated:

| | |
|---|---|
| Lawrence C. Ashby, Esquire<br>John G. Day, Esquire<br>Lauren E. Maguire, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Richard J. Stark, Esquire<br>Andrei Harasymiak, Esquire<br>Peter A. Emmi, Esquire<br>Scott A. Leslie, Esquire<br>Allison M. Snyder, Esquire<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019 | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |

David A. Perlson, Esquire
Charles K. Verhoeven, Esquire
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
50 California Street
22nd Floor
San Francisco, CA  94111

*VIA ELECTRONIC MAIL*

_____
Maryellen Noreika (#3208)