IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XEROX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 10-136-JJF |
| v. | ) |
| | ) |
| GOOGLE INC., YAHOO! INC., YOUTUBE, INC. and YOUTUBE, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF FIRM NAME

**PLEASE TAKE NOTICE** that effective March 11, 2010, the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP has changed its name to **Quinn Emanuel Urquhart & Sullivan LLP**. The Firm's address, telephone and facsimile numbers will remain the same.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Charles K. Verhoeven
David A. Perlson
Brian C. Cannon
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Tel.: (650) 801-5000

Dated: March 12, 2010
957051 / 35374

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Google Inc., YouTube, Inc. and YouTube, LLC*