IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XEROX CORPORATION, ) | |
| ) | |
| Plaintiff-Counterclaim Defendant, ) | |
| ) | |
| vs. ) | |
| ) | C.A. No. 10-136-LPS |
| GOOGLE INC., YAHOO! INC., RIGHT ) | |
| MEDIA INC., RIGHT MEDIA LLC, ) | |
| YOUTUBE, INC. AND YOUTUBE, LLC, ) | |
| ) | |
| Defendants-Counterclaim Plaintiffs. ) | |

## INTERIM STATUS REPORT

Pursuant to the February 15, 2011, Amended Scheduling Order (D.I. 115, ¶ 7), Plaintiff Xerox Corporation ("Xerox"); Defendants Google Inc., YouTube, Inc., and YouTube, LLC (collectively, "Google"); and Defendants Yahoo! Inc., Right Media Inc., and Right Media LLC (collectively, "Yahoo!") jointly submit this Interim Status Report.

**I.     NATURE OF THE MATTERS IN ISSUE**

This is a patent infringement action. On February 19, 2010, Xerox brought this action against Google and Yahoo! for infringement of U.S. Patent No. 6,778,979 ("the '979 Patent") and U.S. Patent No. 6,236,994 ("the '994 Patent"). (D.I. 1.) Google and Yahoo! asserted affirmative defenses of non-infringement and invalidity, and filed counterclaims seeking declaratory judgments of non-infringement and invalidity. (D.I. 24, 27, 30.)

Pursuant to the Stipulation and Order entered March 7, 2011, all claims, defenses, and counterclaims relating to the '994 Patent have been dismissed with prejudice. (D.I. 130.)

## II. STATUS OF CLAIM CONSTRUCTION, SCHEDULING, DISCOVERY AND MEDIATION

On March 15, 2011 (D.I. 133), the parties filed a Joint Claim Construction Chart setting forth agreed-upon constructions for certain terms in the asserted claims of the '979 Patent, as well as proposing their respective constructions for disputed terms. The parties filed opening claim construction briefs on March 25, 2011 (D.I. 141, 142), and filed answering claim construction briefs on April 26, 2011 (D.I. 162, 163). On May 18, 2011, the parties filed a stipulation agreeing upon a construction for a previously disputed term in Claim 10 of the '979 Patent. (D.I. 181.) The Court held a claim construction hearing on May 19, 2011.

On June 9, 2011, the Court entered the parties' Stipulated Order amending the February 15, 2011, Scheduling Order. (D.I. 195.) Fact discovery is to be completed by August 15, 2011; expert discovery is to be completed by November 18, 2011; and case dispositive motions are due by December 16, 2011.

Document production in this action is substantially complete, and the parties have exchanged privilege logs. The parties are currently taking depositions as well as written discovery in the form of interrogatories. The parties are discussing various discovery issues.

Pursuant to the May 12, 2011, Order setting mediation conferences, Xerox and Yahoo! will take part in a mediation conference with Magistrate Judge Thynge on October 24, 2011, beginning at 9:30 a.m., and Xerox and Google will take part in a mediation conference with Magistrate Judge Thynge on October 24, 2011, beginning at 3:00 p.m. (D.I. 176.) The parties' mediation statements are due October 14, 2011. (*Id.*)

-3-

Dated: June 14, 2011

By: */s/ John G. Day*

Lawrence C. Ashby (#468)
John G. Day (#2403)
Lauren E. Maguire (#4261)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
lashby@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

    *Attorneys for Plaintiff / Counterclaim Defendant Xerox Corporation*

OF COUNSEL:

Richard J. Stark
Andrei Harasymiak
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
rstark@cravath.com
aharasymiak@cravath.com


By: */s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Jeremy A. Tigan (#5239)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
jtigan@mnat.com

    *Attorneys for Defendants / Counterclaim Plaintiffs Yahoo! Inc., Right Media Inc., and Right Media LLC*

OF COUNSEL:

Matthew B. Lehr (#2370)
Anthony I. Fenwick
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000
matthew.lehr@davispolk.com
anthony.fenwick@davispolk.com

| | |
|---|---|
| By: */s/ David E. Moore* | OF COUNSEL: |
| Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>rhorowitz@potteranderson.com<br>dmoore@potteranderson.com | Charles K. Verhoeven<br>David A. Perlson<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>charlesverhoeven@quinnemanuel.com<br>davidperlson@quinnemanuel.com |

*Attorneys for Defendants / Counterclaim Plaintiffs Google Inc., YouTube, Inc. and YouTube, LLC*